

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-66,476-04

### EX PARTE SHEDRICK MOORE, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. F01-00544-P IN THE 203RD JUDICIAL DISTRICT COURT
### OF DALLAS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated sexual assault and sentenced to fifty years' imprisonment. The Fifth Court of Appeals affirmed his conviction. *Moore v. State*, No. 05-01-00587-CR (Tex. App.–Dallas 2002, pet. ref'd).

On October 9, 2009, the trial court signed findings of fact and conclusions of law recommended denying relief. Finding of fact number seven erroneously stated that Applicant's claim in Ground Two should be dismissed. This Court does not adopt that finding, but based on the trial court's other findings of fact and conclusions of law, we deny relief.

Filed: October 1, 2014
Do not publish